United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 6, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 04-40695

_____

In The Matter Of: KATHLEEN L SNYDER

            Debtor

_____

KATHLEEN L SNYDER

            Appellee

    v.

STEPHEN J ZAYLER

            Appellant

_____

Appeal from the United States District Court
for the Eastern District of Texas
No. 6:03-CV-182-LED

_____

Before KING, Chief Judge, and BARKSDALE and STEWART, Circuit Judges.

PER CURIAM:[*]

    The judgment of the district court reversing the Memorandum of Decision of the bankruptcy court entered February 18, 2003, is affirmed for essentially the reasons set out in the district court's Memorandum and Order on Appeal entered April 27, 2004.

    AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.